UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOLT TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HOMEBRACE GERMANY GMBH, a company organized and existing under the laws of Germany,<br><br>Defendant. | Case No. 2:25-cv-01374-JHC<br><br>**STIPULATED MOTION AND ORDER TO STAY**<br><br>**Note on Motion Calendar:**<br>**May 8, 2026** |

Plaintiff Tolt Technologies, LLC ("Tolt") and defendant HomeBrace Germany GmbH ("HomeBrace") stipulate and jointly move the Court to stay this case for a period of 60 days.

Tolt and HomeBrace are engaged in good-faith settlement discussions and have exchanged substantive views regarding potential resolution of the case. The parties are in the process of finalizing the basic terms of a settlement. Under the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 22), various case management deadlines are set for May 2026, and HomeBrace's response to the complaint is currently due on May 8, 2026. In light of these deadlines and the parties' ongoing settlement discussions, the parties respectfully request that the Court stay all deadlines in this case for 60 days, by which time the parties expect to have executed a settlement agreement and to have jointly moved to dismiss the claims between them.

STIPULATED MOTION & ORDER TO STAY         - 1 -
Case No. 2:25-cv-01374-JHC

Dated:    May 8, 2026                    Respectfully submitted,

                                         FENWICK & WEST LLP


                                         By: *s/Jonathan T. McMichael*
                                             Jonathan T. McMichael, WSBA No. 49895
                                             401 Union Street, 5th Floor
                                             Seattle, WA  98101
                                             Telephone:  206.389.4510
                                             Facsimile:   206.389.4511
                                             Email:       jmcmichael@fenwick.com

                                             Attorneys for Defendant
                                             HOMEBRACE GERMANY GMBH


Dated:    May 8, 2026                    LOWE GRAHAM JONES PLLC


                                         By: *s/Mark P. Walters*
                                             Mark P. Walters, WSBA No. 30819
                                             LOWE GRAHAM JONES PLLC
                                             1325 Fourth Avenue, Suite 1130
                                             Seattle, WA 98101
                                             Telephone:  206.381.3300
                                             Facsimile:   206.381.3301
                                             Email:       Walters@LoweGrahamJones.com

                                             Attorneys for Plaintiff
                                             TOLT TECHNOLOGIES, LLC


### LCR 7(e) WORD-COUNT CERTIFICATION

As required by Western District of Washington Local Civil Rule 7(e), I certify that this motion contains 148 words.

Dated: May 8, 2026

                                         FENWICK & WEST LLP


                                         By: *s/Jonathan T. McMichael*
                                             Jonathan T. McMichael, WSBA No. 49895

STIPULATED MOTION & ORDER TO STAY        - 2 -
Case No. 2:25-cv-01374-JHC

**ORDER**

The parties having so stipulated and agreed, it is hereby SO ORDERED.  All deadlines and proceedings in the above-referenced case are hereby stayed for a period of 60 days.

IT IS SO ORDERED.

Dated this 8th day of May, 2026.

_John H. Chun_

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION & ORDER TO STAY          - 3 -
Case No. 2:25-cv-01374-JHC